## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE   RAMON REYES, JR.**          **DATE :   5/25/11**

**DOCKET NUMBER:   02 CR 837 (FB)**          LOG # : 350-4:13

DEFENDANT'S NAME :   **KYRAKIOS EVANGELOU**
          ✓ Present     ___ Not Present     ✓ Custody     ___ Bail

DEFENSE COUNSEL :   **KANNAN SUNDARAM**
          ✓ Federal Defender     ___ CJA     ___ Retained

A.U.S.A:  **KIRSTIN MACE**          DEPUTY CLERK :   **K. DILORENZO**

INTERPRETER : _____ (Language) _____

_____ Hearing held.   _____ Hearing adjourned to _____

✓ Defendant was released on  $50,000  PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

2  Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type____ Start_____ Stop _____

___ Order of Speedy Trial entered.   Code Type____ Start_____ Stop _____

___ Defendant's first appearance.   ___ Defendant arraigned on the probation violation.

✓ Attorney Appointment of  ✓ FEDERAL DEFENDER  ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for  6/14/11  @  4:30  before Judge  Block

OTHERS :  USPO Truron Reid present.